JOHN WANAMAKER, NEW YORK, Respondent, *v.* THE CITY OF NEW YORK, Appellant, Impleaded with Another.

*Negligence — municipal corporations — New York city — faulty construction of sewer — damage to property from water coming from break in sewer during severe rain storm.*

*John Wanamaker, New York, v. City of New York,* 197 App. Div. 441, affirmed.

(Argued May 3, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 20, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damage to property alleged to have been sustained by plaintiff through the faulty construction of a sewer. Plaintiff conducts a department store on the easterly side of Broadway in the city of New York. The sewers were originally in the middle of the street but to afford room for the subway structure a new sewer was placed on the easterly side of the street close to the building line. Just below the corner of Ninth street the new sewer curved around for a distance of twenty-six feet in a "U" shaped curve into the open vault space adjoining the plaintiff's sub-basement. On June 14, 1917, during a heavy rain storm this sewer broke for a length of thirteen to fifteen feet, flooding the sub-basement of the plaintiff's premises, causing the damage complained of.

*John P. O'Brien,* Corporation Counsel (*Joseph Beihilf* and *Charles J. Druhan* of counsel), for appellant.

*Richard Ely* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.